In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00532-CR**
**NO. 09-12-00533-CR**
_____

**WILBUR BRANDON NIXON a/k/a WILBUR NIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause Nos. 11-12114 and 11-13031

**ORDER**

On January 11, 2013, appellant's appointed counsel filed motions to withdraw and briefs which urge this Court to review these appeals pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motions to withdraw and the briefs on the appellant. Counsel states

1

that he provided appellant with a copy of the reporter's records and notified appellant of his right to review the records and file *pro se* briefs.

It is, therefore, ORDERED that appellant, Wilbur Brandon Nixon a/k/a Wilbur Nixon, be given 60 days from the date hereof to file *pro se* briefs. It is, further, ORDERED that the State may file reply briefs, due 30 days from the date appellant files his briefs, or if no briefs are filed by appellant, 70 days from the date hereof.

It is further ORDERED that counsel for appellant advise appellant of his right to seek discretionary review under Texas Rule of Appellate Procedure 68. *See* Tex. R. App. P. 48.4; *see also* Tex. R. App. P. 68.

ORDER ENTERED February 7, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2